Ebsary Fireproofing and Gypsum Block Company, Appellant, v. B. F. Sturtevant Company, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Marie Vaughan Siegel, Respondent, v. Henry Siegel, Appellant. — Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Walter Schultze, Appellant, v. Oscar Huttlinger, Respondent.    (No. 1.) — Order affirmed, with ten dollars costs and disbursements.    No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Walter Schultze, Appellant, v. Oscar Huttlinger, Respondent.    (No. 2.) — Order affirmed, with ten dollars costs and disbursements.    No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Otis Lithograph Company, Plaintiff, v. Ralph D. Bryan, Appellant, Impleaded with John C. Fischer, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Merchants National Bank v. Santa Maria Sugar Company.— Motion for leave to go to Court of Appeals granted.    Order signed.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Sexauer & Lemke, Respondent, v. Kroywen Realty Company and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Solomon Rosenfeld, Appellant, v. Samuel W. Peck, Respondent.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Stephen K. Fox, as Surviving Partner, etc., Appellant, v. The Baltimore and Ohio Railroad Company, Respondent.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. William A. Collins, Appellant, v. Rhinelander Waldo, as Police Commissioner, etc., Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Arnheim, Respondent, v. George W. Linch, as Receiver, etc., Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benjamin Lepidus, an Infant, etc., Respondent, v. George W. Linch, as Receiver, etc., Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip Rothenberg, Respondent, v. Abraham Pines, Appellant, Impleaded with Another.— Judgment affirmed, with costs.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.